**Electronically Filed
Supreme Court
SCWC-22-0000313
28-AUG-2025
09:19 AM
Dkt. 22 ODAC**

SCWC-22-0000313

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST
MORTGAGE SECURITIES INC., ASSET BACKED PASS-THROUGH
CERTIFICATES, SERIES 2003-AR3, UNDER THE POOLING AND SERVICING
AGREEMENT DATED JUNE 1, 2003,
Respondent/Plaintiff/Counterclaim Defendant-Appellee,

vs.

GORDON KELIIKIPI CHARLES MOORE, also known as GORDON K.C. MOORE;
and MARGARET K. MOORE, TRUSTEE OF THE MOORE FAMILY IRREVOCABLE
TRUST UNDER THAT CERTAIN UNRECORDED TRUST AGREEMENT DATED
AUGUST 1, 2005,
Petitioners/Defendants/Counterclaimants/
Cross-Claim Defendants-Appellants,

and

IMELDA PESTA; JACQUELINE ASING;
and WAILUNA RECREATION ASSOCIATION,
Respondents/Defendants/Cross-Claim Defendants-Appellees,

and

AOAO OF THE CREST AT WAILUNA,
Respondent/Defendant/Counterclaimant/
Cross-Claim Plaintiff-Appellee,

and

WAILUNA RECREATIONAL ASSOCIATION,
Respondent/Defendant/Counterclaim/
Cross-Claim Plaintiff-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000313; CASE. NO. 1CC151000227)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ., and
Circuit Judge Kimura, in place of Recktenwald, C.J., recused)

Petitioners Gordon Keliikipi Charles Moore and Margaret
K. Moore's Application for Writ of Certiorari, filed on July 7,
2025, is hereby rejected.

DATED: Honolulu, Hawaiʻi, August 28, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Jordon J. Kimura

